NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOROTHY M. MOFFITT,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7071

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-4078, Judge Lawrence B. Hagel, Judge William Greenberg, Judge William A. Moorman.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Dorothy M. Moffitt moves to supplement her informal brief. The Secretary of Veterans Affairs opposes in part and provides a copy of the documents that Moffitt provided, excluding documents that are not part of the record on appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the clerk shall transmit to the merits panel a copy of the Secretary's response to the motion to supplement, which will thereby transmit to the merits panel a copy of the documents of record that Moffitt wishes to include with her informal brief on file.  The clerk shall also transmit a copy of this order to the merits panel to inform the panel why it is receiving the Secretary's document.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26